UNITED STATES, Appellee

v

JOHN GORHAM, JR., Sergeant, U. S. Army, Appellant

9 USCMA 89, 25 CMR 351

No. 11,016

Decided March 28, 1958

*First Lieutenant Lawrence R. Fullem, Major Frank C. Stetson,* and *Captain John F. Christensen* were on the brief for Appellant, Accused.

*First Lieutenant Jon R. Waltz* and *Lieutenant Colonel John G. Lee* were on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

We granted the accused's petition for review to consider two claims of error affecting one of the two charges of which the accused was convicted. The Government concedes the correctness of one of the claims and moves to remand the case to the board of review for further proceedings. See: United States v Williams, 8 USCMA 325, 24 CMR 135; United States v Gittens, 8 USCMA 673, 25 CMR 177.

The decision of the board of review is reversed. The record of trial is returned to The Judge Advocate General of the Army for submission to the board of review for action consistent with this opinion.

Judge FERGUSON concurs.

Judge LATIMER concurs in the result.